UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) |  |
| v. | ) ) | CRIMINAL NO. 25-cr-10253-MJJ |
| SHAKERA PINA, Defendant | ) ) ) |  |

**ASSENTED-TO MOTION TO CONTINUE ARRAIGNMENT**

Counsel for defendant Shakera Pina herein requests to continue the arraignment in this matter from July 1 to a date in late July. Ms. Pina is currently committed to Bridgewater State Hospital for a competency evaluation in connection with a pending state court matter. A later date should allow the time necessary to complete this process and for counsel to meet and confer with the defendant prior to her arraignment in this Court. Counsel for the United States assents to this request to continue this arraignment.

> SHAKERA PINA
> By his attorney,
>
> */s/ Julie-Ann Olson*
> Julie-Ann Olson, MA BBO #661464
> Federal Public Defender Office
> 51 Sleeper Street, 5th Floor
> Boston, MA 02210
> Julie-Ann_Olson@fd.org
> 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system to be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> */s/ Julie-Ann Olson*
> Julie-Ann Olson
> Assistant Federal Public Defender

Date:  June 30, 2025